FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEAU ARMSTRONG,<br><br>    Plaintiff,<br><br>v.<br><br>ATRIUM MEDICAL CORPORATION, and MAQUET CARDIOVASCULAR US SALES, LLC,<br><br>    Defendants. | No. 1:22-CV-03007-MKD<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE<br><br>**ECF No. 53** |

Before the Court is Plaintiff's Motion for Voluntary Dismissal, ECF No. 53. Plaintiff moves for an order to dismiss this action against Defendants Atrium Medical Corporation and Maquet Cardiovascular US Sales, LLC without prejudice, with each party bearing its own costs and fees. ECF No. 53 at 1. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court grants Plaintiff's motion and dismisses the action without prejudice.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Plaintiff's Motion for Voluntary Dismissal, **ECF No. 53**, is **GRANTED.**

2. This action shall be **DISMISSED without prejudice**, with all parties to bear their own costs and attorney fees.

3. Any pending motions are **DENIED as moot.**

4. All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE the file**.

**DATED** February 13, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2